# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CONRAD DEMETRIUS TRE WILLIAMS, | |
| Plaintiff, | CASE NO: C08-1000-RAJ |
| v. | |
| NIKKI BAINNER, *et al.*, | ORDER OF DISMISSAL |
| Defendants. | |

The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. # 28) is GRANTED to the extent that it seeks dismissal of this action based upon plaintiff's failure to exhaust administrative remedies.

(3) Plaintiff's amended complaint (Dkt. # 10) and this action are DISMISSED without prejudice.

1    (4)     Plaintiff's motion for a settlement conference (Dkt. # 48) is DENIED.

2    (5)     Plaintiff's motion for extension of time (Dkt. # 49) is DENIED.

3    (6)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for

4            defendants, and to the Honorable James P. Donohue.

IT IS SO ORDERED.

DATED this 17TH day of August, 2009.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 2